SEALED

KYH
LNE/KEG: USAO 2026R00072

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
6/4/2026
CLERK'S OFFICE
AT BALTIMORE
BY O.L., DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA

v.

PABLO ABERLARDO MOLINA,

SANTOS AYALA SERRANO,

Defendants.

\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*

CRIMINAL NO. BAH 26cr183

(Conspiracy to Distribute and Possess with the Intent to Distribute Controlled Substances, 21 U.S.C. § 846; Possession with the Intent to Distribute Controlled Substances, 21 U.S.C. § 841(a)(1); Conspiracy to Possess a Firearm in Furtherance of a Drug Trafficking Crime, 18 U.S.C. § 924(o); Possession of a Firearm by a Prohibited Person, 18 U.S.C. § 922(g)(1); Aiding & Abetting, 18 U.S.C. § 2; Forfeiture, 21 U.S.C. § 853, 18 U.S.C. § 924(d), and 28 U.S.C. § 2461(c))

**UNDER SEAL**

\*\*\*\*\*\*\*\*\*\*\*

## INDICTMENT

## COUNT ONE
**(Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances)**

The Grand Jury for the District of Maryland charges that:

From in or about March 2025 and continuing until on or about October 2025, in the District of Maryland and elsewhere, the Defendants,

**PABLO ABERLARDO MOLINA,**

**SANTOS AYALA SERRANO,**



did knowingly and willfully combine, conspire, confederate and agree with one another and with others known and unknown to the Grand Jury to distribute and possess with intent to distribute 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, and 280 grams or more of a mixture or substance containing a detectable amount of cocaine base, a Schedule II controlled substance in violation of 21 U.S.C. § 841.

21 U.S.C. § 846

## COUNT TWO
### (Possession with Intent to Distribute Cocaine)

The Grand Jury for the District of Maryland further charges that:

On or about October 2, 2025, in the District of Maryland, the Defendants,

**PABLO ABERLARDO MOLINA,
SANTOS AYALA SERRANO,**

did knowingly and intentionally possess at 1701 Elrino Street, Apartment R, Baltimore, Maryland with the intent to distribute 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance and 280 grams or more of a mixture or substance containing a detectable amount of cocaine base, a Schedule II controlled substance.

21 U.S.C. § 841(a)(1)
18 U.S.C. § 2

## COUNT THREE
**(Possession with Intent to Distribute Cocaine)**

The Grand Jury for the District of Maryland further charges that:

On or about October 2, 2025, in the District of Maryland, the Defendants,

did knowingly and intentionally possess in the BMW bearing Maryland registration 7GS8537, Baltimore, Maryland with the intent to distribute a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

21 U.S.C. § 841(a)(1)
18 U.S.C. § 2

## COUNT FOUR
### (Possession with Intent to Distribute Cocaine)

The Grand Jury for the District of Maryland further charges that:

On or about October 2, 2025, in the District of Maryland, the Defendants,



did knowingly and intentionally possess at 8005 Wynbrook Road, Baltimore, Maryland with the

intent to distribute a mixture or substance containing a detectable amount of cocaine, a Schedule

II controlled substance.

21 U.S.C. § 841(a)(1)
18 U.S.C. § 2

## COUNT FIVE
### (Possession of a Firearm by a Prohibited Person)

The Grand Jury for the District of Maryland further charges that:

On or about October 2, 2025, in the District of Maryland, the Defendant,

█████████████████████████████████

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, to wit: a 22LR caliber Ruger model 10/22 semi-automatic rifle, bearing serial number 0022-17496; and the firearm was in and affecting commerce.

18 U.S.C. § 922(g)(1)

## COUNT SIX
**(Conspiracy to Possess Firearm in Furtherance of a Drug Trafficking Crime)**

The Grand Jury for the District of Maryland further charges that:

On or about October 2, 2025, in the District of Maryland, the Defendants,

█████████████████████████

did knowingly and willfully conspire to knowingly possess firearm in furtherance of a drug trafficking crime for which they may be prosecuted in a court of the United States, that is, conspiracy to possess with the intent to distribute cocaine, as charged in Count Five, which is incorporated by reference herein.

18 U.S.C. § 924(o)

## FORFEITURE ALLEGATION

The Grand Jury for the District of Maryland further finds that:

1.      Pursuant to Fed. R. Crim. P. 32.2, notice is hereby given to the Defendants that the United States will seek forfeiture as part of any sentence in accordance with 21 U.S.C. § 853, 18 U.S.C. § 924(d), and 28 U.S.C. § 2461(c), in the event of the Defendants' convictions under Counts One through Six of this Indictment.

### Narcotics Forfeiture

2.      Upon conviction of the offenses alleged in Counts One, Two, Three, or Four, of this Indictment, the Defendants,

**PABLO ABERLARDO MOLINA,**



**SANTOS AYALA SERRANO,**

shall forfeit to the United States, pursuant to 21 U.S.C. § 853(a):

    a.   any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense(s); and

    b.   any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offense(s).

### Firearms and Ammunition Forfeiture

3.      Upon conviction of the offenses alleged in Counts Five and Six, of this Indictment, the Defendants,

shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in such offense(s).

## Property Subject to Forfeiture

4.      The property to be forfeited includes, but is not limited to:

   a. a forfeiture money judgment in the amount of proceeds each Defendant obtained as a result of the offenses alleged in Counts One, Two, Four, or Five of this Indictment;

   b. a Bolt Action .22 LR caliber Springfield 53-B rifle, bearing no serial number;

   c. a 22LR caliber Ruger model 10/22 semi-automatic rifle, bearing serial number 0022-1749621; and

   d. approximately fourteen (14) rounds of 9mm ammunition.

## Substitute Assets

5.      If, as a result of any act or omission of any of the Defendants, any of the property described above as being subject to forfeiture:

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third person;

   c. has been placed beyond the jurisdiction of the Court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property which cannot be divided without difficulty,

9

the United States shall be entitled to forfeiture of substitute property up to the value of the

forfeitable property pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

21 U.S.C. § 853
18 U.S.C. § 924(d)
28 U.S.C. § 2461(c)

Kelly O. Hayes / LNB

Kelly O. Hayes
United States Attorney

A TRUE BILL:

[REDACTED]

Foreperson

05/28/2026

Date

10